**Order filed November 8, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00059-CV**
_____

**CORNELIUS A. LONG, Appellant**

**V.**

**COMMISSION FOR LAWYER DISCIPLINE, Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-79392**

---

## ORDER

The reporter's record in this case was filed July 13, 2011. On November 2, 2011, appellant filed a motion for additional time to file his brief in which he states that a portion of the reporter's record has not been filed. Appellant claims that a record was made on December 10, 2010, but has not been filed with this court. We therefore issue the following order.

We order Edna Thornton, the court reporter, to file the record of testimony from December 10, 2010 in this appeal **on or before December 8, 2011.** If no such record was taken, we order Ms. Thornton to file a document with this court stating that no record was

taken that day. Appellant's brief is due 30 days after the date the record is filed, or the court receives notice that no record was taken. No further requests for extensions from appellant will be entertained.


PER CURIAM